FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11  MARY JO ROTH,                        )
                                         )   CIVIL NO. CV 06-7836  (FMO)
12       Plaintiff,                      )
                                         )   [PROPOSED] ORDER AWARDING
13       v.                              )   EQUAL ACCESS TO JUSTICE ACT
                                         )   ATTORNEY FEES PURSUANT TO
14  MICHAEL J. ASTRUE,                   )   28 U.S.C. § 2412(d)
    Commissioner of Social Security,     )
15                                       )
                                         )
16       Defendant.                      )
    _____  )
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20  awarded attorney fees under the EAJA in the amount of Three Thousand Seven Hundred and

21  Sixty-three Dollars ($3,763.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms

22  of the above-referenced Stipulation.

23

24

25  Dated:  10/8/08

                              FERNANDO M. OLGUIN
26                            UNITED STATES MAGISTRATE JUDGE

27

28